**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2260**

CHASE CARMEN HUNTER,

       Petitioner - Appellant,

      v.

MICHAEL D. RILEY, individually, in his official capacity as Commissioner of Insurance for West Virginia, and in his official capacity as a Committee Member of the National Association of Insurance Commissioners; WEST VIRGINIA OFFICES OF THE INSURANCE COMMISSIONER,

       Respondents - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (2:15-cv-05508)

Submitted: April 25, 2017               Decided: April 27, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Chase Carmen Hunter, Appellant Pro Se. Greg S. Foster, Assistant Attorney General, Charleston, West Virginia; Kristen V. Hammond, Kelly Caswell Morgan, BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chase Carmen Hunter seeks to appeal the district court's order adopting the recommendation of the magistrate judge and granting in part and denying in part the Respondents' motion to dismiss Hunter's civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Hunter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*